**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **Case No. 2:26-cr-12(1)** |
| **Plaintiff,** | : | |
| | : | **Judge Algenon L. Marbley** |
| **v.** | : | |
| | : | **Magistrate Judge S. Courter M. Shimeall** |
| **DEXTER CURTIS TYE,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

This matter comes before the Court on the Magistrate Judge's Report and Recommendation that the Court accept Defendant Dexter Curtis Tye's guilty plea. (ECF No. 34). No objections have been made to the Report and Recommendation, and the deadline for objections elapsed on August 11, 2026. (*Id.* at 3–4). After reviewing the Report and Recommendation, the Court **ACCEPTS** the Defendant's guilty plea to Counts 1-5 of the Indictment, Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 84l(a)(l), 84l(b)(b(1)(A)(viii), and 846 [Count 1]; two Counts of Distribution of Methamphetamine in violation of 21 U.S.C. §§ 841(a)(l) and 841(b)(l)(A)(viii) [Counts 2 and 3]; one Count of Distribution of Methamphetamine in violation of 21 U. S.C. §§ 841(a)(l) and 841(b)(l)(B)(viii) [Count 4]; and one Count of Possession with Intent to Distribute Methamphetamine in violation of 21 U. S.C. §§ 841(a)(l) and 841(b)(l)(A)(viii) [Count 5]. He is hereby **ADJUDGED GUILTY** on these Counts.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: September 1, 2026**